# EXHIBIT A –
# SUBJECT TO MOTION TO FILE UNDER SEAL

Document served on adversary and included in courtesy copy to Judge Pamela K. Chen.