# EXHIBIT B

# MEMORANDUM OF AGREEMENT
# Maggies Paratransit Corp. and Local 1181 ATU
## 11/17/15

Maggies Paratransit Corp. and Local 1181 ATU hereby agree that the Collective Bargaining Agreement that expired on 08/31/15 shall be extended and modified as set fourth herein.

**1) Term:** 4 Years

**2) Wages**
Drivers – *See Page 6*

**Maintenance**
Employees shall receive a fifty cent per hour increase upon ratification, and a 3% raise the 1st, 2nd, 3rd and 4th Date of Hire Anniversary.

**Quality Control**
All Quality Control Employees will be given a raise to $10.25 per hour upon ratification. Employees shall receive a 2.5% raise on the 1st Date of Hire Anniversary and a 3% raise the 2nd, 3rd and 4th Date of Hire Anniversary. Notwithstanding the above, QC employees who are hired after the ratification of the contract will receive a $9.00 per hour hiring rate.

**3) Medical Benefit and Employee Weekly Contribution**
   Weekly Employee contributions as follows:
   - Hire Date Prior to September 1st, 2011

     | CBA Year | Single | Family |
     |---|---|---|
     | Year 1: | $35 | $90  (No Change) |
     | Year 2: | $40 | $100 |
     | Year 3: | $40 | $100 (No Change) |
     | Year 4: | $47 | $114 |

   - Hire Date on or after September 1st, 2011 but before ratification

     | CBA Year | Single | Family |
     |---|---|---|
     | Year 1: | $45 | $120 (No Change) |
     | Year 2: | $50 | $130 |
     | Year 3: | $50 | $130 (No Change) |
     | Year 4: | $57 | $144 |

   - Hire Date on or After Ratification

     | CBA Year | Single | Family |
     |---|---|---|
     | Year 1: | $60 | $150 |
     | Year 2: | $65 | $160 |
     | Year 3: | $70 | $170 |
     | Year 4: | $75 | $180 |

1



**4) 401K Plan**
Employees with 1-7 years' seniority – 1:2 match rate (one Employer dollar for every two employee dollars) with $1,500 employer cap; Employees with 8+ years seniority – 1:1 match rate with $2,500 employer cap

**5) Article 22: Regular Work Week and Work Day**
Section 10, Paragraph 1: Full-time employees hired prior to September 1, 2011 are guaranteed 40 hours work in a 45 hour spread for five workdays in any given week. Full-time employees hired on or after September 1, 2011 and before September 1, 2015 with more than twenty-two months of seniority are guaranteed 40 hours work in a 45 hour spread for five workdays in any given week. Full-time employees hired on or after September 1, 2015 with more than **thirty-two** months of seniority are guaranteed 40 hours work in a 45 hour spread for five workdays in any given week. The Employer is not guaranteeing an eight-hour workday. The Employer has several types of daily shift configurations that must equal 40 hours in a 45 hour spread per week. In the event an employee reports late for work or missed a scheduled workday, the weekly guarantee shall be reduced by 1/5 for employees scheduled to work five days per week, or 1/4 for employees scheduled to work four days per week, for each occurrence in that week. If the employee is on vacation, holiday, sick leave or any other excused absence in a workweek, the 40-hour guarantee will be reduced by an amount equal to such vacation, holiday, sick leave or excused absence time.

Section 10, Paragraph 2: For each day that NYCTA imposes an **18** percent or more reduction of routes for any reason, the weekly guarantee shall be reduced by 1/5 for employees scheduled to work five days per week or 1/4 for employees scheduled to work four days per week. Drivers assigned to routes curtailed or canceled by NYCTA will be excused without pay if no other work is available. Drivers who are assigned to a curtailed route may only be shifted 2 hours and 15 minutes from their scheduled Start Time.

**6) Article 23: Holidays / Sick Days**
Add Presidents Day to Section 1, Subsection G.

Maggies will allow employees to use holiday hours in advance (minimum of 4-hour increments) for the medical care and treatment of themselves or a family member.

During the first year of employment, employees will begin accruing holiday time on their first day of employment at a rate of 1 hour for every 30 hours worked, but will not be able to utilize this time until after 120 days of employment.

Maggies will allot full holiday pay to employees after 120 days of employment. (Currently 6 months.)

The parties agree that this Agreement satisfies the requirements of New York City Earned Sick Time Act, and therefore the employees shall not be entitled to any additional time-off as a result of that law or any other law requiring paid sick time.

2

### 7) Article 24: Vacation Days
Employees may use Vacation Time for Sick Days

Employees Hired Before September 1, 2011 Add:
  After six (6) years of employment – three (3) weeks' vacation

Employees Hired on or After September 1, 2011 Add:
  After four (4) years of employment – two (2) weeks' vacation
  After seven (7) years of employment – three (3) weeks' vacation

### 7a) Article 25: PTO Days
Effective Second Year of CBA:
  Employees Hired prior to September 1, 2011 to receive 5 PTO Days after four (4) years of seniority
  Employees Hired on or after September 1, 2011 to receive 3 PTO Days after three (3) years of seniority

### 8) Article 33: Rates of Pay
Section 7: A wage adjustment will be paid upon ratification to employees hired on or before August 31, 2015 in the amount of $250. This wage adjustment will be paid on December 3, 2015 and will only be applicable if this agreement is ratified by November 20, 2015.

### 9) Tool Allowance
Increase Allowance for Class A & B Mechanics to $400 (currently $300), and $300 for helpers (Currently $200)

### 10) Article 38 – Change Section Heading to "Mechanics"
Maggies will provide a boot allowance in the amount of $125 each year

### 11) Add New Article 39 – "Quality Control"
Maggies will supply QC with a boot allowance subject to the same terms as mechanics

Maggies will supply QC employees with 4 shirts and 2 pants after 90 days employment, and the same allotment every year thereafter. Replacement of worn items on a case-by-case basis.

Maggies will extend the opportunity for QC employees to become Mechanics so long as they display the skill/ability to do so in the Employer's judgment. (E.g. Attendance, Job Performance, Attitude and Aptitude)

### 12) Smoking Near Vehicles
Maggies asks all drivers to please be mindful and considerate of passengers when smoking during service hours. Drivers cannot smoke inside the vehicle; drivers must refrain from smoking outside AAR Vehicles immediately before boarding passengers

3



### 13) ASE Certification

Mechanics and mechanic helpers will receive an additional fifty cents ($0.50) per hour for each company-approved certification group (listed below – must be taken in groups listed) he/she obtains after the ratification of the contract. All shop employees shall have the opportunity to obtain certifications, but one's request to obtain such certifications will be subject to Management Approval. Each certification must be renewed as required by applicable certification standards. Time spent obtaining certifications shall not be considered work time. If an employee passes the test for a particular certification, the employer will reimburse him/her for the cost of the test and the authorized ASE Booklet.

- Group 1: S3 (Drive train); S4 (Brakes); S5 (Suspension and steering)
- Group 2: S2 (Diesel engines) and S7 (Air conditioning systems and control including certification to comply with EPA Section 609 of the Clean Air Act Amendment of 1990)
- Group 3: S1 (Body systems and special equipment) and S6 (Electrical/Electronic Systems)

### 14) Core Skills Booklet

Maggies will require all driving personnel to carry their Core Skills Booklet with them whenever he/she is conducting company business. The booklet is to be used as a guideline to help heighten safety awareness. In no way does the booklet supersede the Collective Bargaining Agreement between Maggies Paratransit Corp. and Local 1181 ATU. To the extent the booklet conflicts with the Collective Bargaining Agreement, the Collective Bargaining Agreement governs. The company will supply employees with their first copy of the booklet; any employee who damages or misplaces his/her booklet will be subject to a $2 reprinting fee. Discipline for not carrying the booklet shall be limited to verbal warning and reinstruction.

### 15) Life Insurance Provision

The Life Insurance policy contains an age reduction provision whereby the amount of life insurance will be reduced by 50% at age 70. Thus, the total benefit payable under the Collective Bargaining Agreement shall be reduced to $12,500 for employees 70 years or older.



4

THE UNION AND THE UNDERSIGNED MEMBERS OF THE BARGAINING COMMITTEE RECOMMEND RATIFICATION OF THIS AGREEMENT.

_____
Maggies Paratransit Corp. by Agostino Vona

_____
Local 1181 ATU by Anthony Cordiello

_____
Local 1181 ATU by John Deloatch

Committee:

_____
Ricci Henderson

_____
Lynden Mallette

_____
Julio Garcia

_____
Theodore Alexander

_____
Jesus Rodriguez

_____
Jose Reno

_____
Antoine English

5





Drivers Wage Grid 11/17/15

| Wages | Upon Ratification | 1st DOH Anniversary | 2nd DOH Anniversary | 3rd DOH Anniversary | 4th DOH Anniversary |
|---|---|---|---|---|---|
| $14.00 | $14.75 | $14.95 | $15.40 | $15.90 | $16.45 |
| $14.25 | $15.00 | $15.25 | $15.75 | $16.25 | $16.95 |
| $14.90 | $15.65 | $15.90 | $16.40 | $16.90 | $17.70 |
| $15.50 | $16.25 | $16.80 | $16.95 | $17.50 | $18.50 |
| $15.61 | $16.36 | $17.00 | $17.45 | $18.00 | $18.90 |
| $15.92 | $16.67 | $17.30 | $17.75 | $18.50 | $19.20 |
| $16.56 | $17.31 | $17.80 | $18.25 | $19.00 | $19.70 |
| $17.06 | $17.81 | $18.40 | $18.80 | $19.40 | $20.05 |
| $18.50 | $19.25 | $19.70 | $20.00 | $20.50 | $21.50 |
| $19.25 | $20.00 | $20.45 | $20.70 | $21.30 | $22.30 |
| $20.05 | $20.80 | $21.00 | $21.39 | $21.74 | $22.49 |
| $20.65 | $21.40 | $21.60 | $21.80 | $22.00 | $22.62 |
| $21.27 | $22.02 | $22.22 | $22.45 | $22.61 | $23.28 |
| $21.91 | $22.66 | $22.86 | $23.25 | $23.50 | $24.00 |

AGREED

_____
Maggies Paratransit Corp. by Agostino Vona

_____
Local 1181 ATU by Anthony Cordiello

_____
Local 1181 ATU by John Deloatch

Committee:

_____
Ricci Henderson

_____
Julio Garcia

_____
Jesus Rodriguez

_____
Antoine English

_____
Lynden Mallette

_____
Theodore Alexander

_____
Jose Reno

6