

Tower 56
126 East 56th Street, 8th Floor
New York, NY 10022
212 905 0509  T
212 905 0508  F
www.gardylaw.com
www.nyc-employmentlawyer.com

January 10, 2018

**Gardy & Notis, LLP**
Attorneys at Law

**Via ECF**
The Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Alfonso v. Maggies Paratransit Corp.*, No. 1:16-cv-363 (PKC) (LB)

Dear Judge Bloom:

This firm is counsel for plaintiff Alan Alfonso ("Plaintiff") in the above-referenced action for unpaid wages including overtime. Pursuant to Your Honor's December 11, 2017 and December 19, 2017 Orders, I write jointly with counsel for defendant Maggies Paratransit Corp. to provide an additional status report concerning arbitration.

It is my understanding that Mr. Alfonso spoke with the union's representative, John Deloatch, again and was told that he could meet with Mr. Deloatch this week to discuss his claim for failure to pay overtime. Mr. Alfonso intends to meet with Mr. Deloatch on either Thursday, January 11 or Friday, January 12.

The parties will inform the Court of any resolution of the matter promptly.

We thank Your Honor for your attention to this matter.

Respectfully Submitted,

*Orin Kurtz*

Orin Kurtz

cc:  Jeffrey D. Pollack, Esq. (via ECF)